| STATE OF LOUISIANA | * | NO. 2021-KA-0730 |
| VERSUS | * | COURT OF APPEAL |
| DWIGHT HARVEY | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

RLB

**BELSOME, J., CONCURS IN THE RESULT**